**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ana Martha ARMENTA–PENUELAS,**
**Defendant—Appellant.**

**No. 10–10271.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 4, 2011.

Ann L. Demarais, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Andrea Lynn Matheson, Andrea L. Matheson–Matheson Law Firm, P.C., Tucson, AZ, for Defendant–Appellant.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Ana Martha Armenta–Penuelas appeals from the 48–month sentence imposed following her guilty-plea conviction for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii), and importation of methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1) and (b)(1)(H).

---

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Armenta–Penuelas contends that the district court erred by giving her a minor role reduction rather than a minimal role reduction under U.S.S.G. § 3B1.2. In light of the district court's finding that Armenta–Penuelas knew she was carrying drugs and was prepared to accept money in return, the district court did not clearly err. *See United States v. Davis,* 36 F.3d 1424, 1436–37 (9th Cir.1994).

Armenta–Penuelas also contends that, despite granting a downward variance, the district court procedurally erred by failing to consider all of the 18 U.S.C. § 3553(a) sentencing factors, and by failing specifically to address her arguments for a variance. The district court "need not tick off each of the § 3553(a) factors to show that it has considered them." *United States v. Carty,* 520 F.3d 984, 992 (9th Cir.2008) (en banc). The record reflects that the court considered the § 3553(a) sentencing factors, and Armenta–Penuelas's arguments.

Armenta–Penuelas lastly contends that her sentence is substantively unreasonable. In light of the totality of the circumstances and the § 3553(a) sentencing factors, the below-Guidelines sentence is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.